NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., A KOREAN CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION,** AND **SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Defendants-Appellees.*

---

2014-1802

---

Appeal from the United States District Court for the Northern District of California in No. 5:12-cv-00630-LHK, Judge Lucy H. Koh.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

2                    APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD.

 Apple Inc. moves to reconsider this court's October 24, 2014 order granting Samsung Electronics Co., Ltd. et al.'s motion for a 30-day extension of time to file their response brief.

 Upon consideration thereof,

 IT IS ORDERED THAT:

 The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30